```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

JAMES ROUDABUSH,                :
                                : Civil Action No. 11-7444 (RMB)
     Plaintiff,                 :
                                :
v.                              : ORDER
                                :
HARRY JOHNSON, et al.,          :
                                :
     Defendants.                :
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this **16th** day of **August 2012**,

**ORDERED** that the Clerk shall reopen the file and shall make a new and separate docket entry reading "CIVIL CASE REOPENED;" and it is further

**ORDERED** that Plaintiff's application to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

**ORDERED** that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of R.R.J. in Stafford, Virginia; and it is further

**ORDERED** that the complaint is DISMISSED WITHOUT PREJUDICE; and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $350, which shall be deducted from Plaintiff's institutional account

pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action; and it is further

**ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

                                    s/Renée Marie Bumb
                                    RENÉE MARIE BUMB
                                    United States District Judge